UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON, | 1:05-cv-00700-OWW-SMS-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13) |
| vs. | |
| JEANNE WOODFORD, et al., | **ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS** (Doc. 12) |
| Defendants. | |

Plaintiff Jack Allen Wilson ("plaintiff"), a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 13, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 13, 2006, is ADOPTED IN FULL;

2. This action shall proceed on plaintiff's amended complaint, filed March 27, 2006, against defendant Mata on plaintiff's retaliation claim arising from defendant Mata's repeated refusal/ failure to provide plaintiff with access to his legal material in R&R;

3. All other retaliation claims and plaintiff's claims for denial of access to the courts are DISMISSED from this action, with prejudice, for failure to state a claim upon which relief may be granted;

4. Plaintiff's ADA claim against defendant Mata is DISMISSED from this action, with prejudice, for failure to state a claim upon which relief may be granted; and,

5. All defendants, other than Mata, are DISMISSED from this action based on plaintiff's failure to state any claims upon which relief may be granted against them.

IT IS SO ORDERED.

**Dated:   January 29, 2007**          **/s/ Oliver W. Wanger**
emm0d6                                                    UNITED STATES DISTRICT JUDGE