# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>JEANNE WOODFORD, et al.,<br><br>  Defendants.<br>_____/ | CASE NO. 1:05-cv-00700-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Docs. 12 and 14) |

Plaintiff Jack Allen Wilson ("plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 1, 2005. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendant Mata on plaintiff's retaliation claim arising from defendant Mata's repeated refusal/failure to provide plaintiff with access to his legal material in R&R.[1] Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

///

---

[1] On February 2, 2007, all other retaliation claims and plaintiff's claims for denial of access to the courts were dismissed from this action, with prejudice, for failure to state a claim upon which relief may be granted; plaintiff's ADA claim against defendant Mata was dismissed from this action, with prejudice, for failure to state a claim upon which relief may be granted; and all defendants other than Mata were dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them. (Doc. 14.)

1

1. Service is appropriate for the following defendant:

   C/O MATA

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed March 27, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Two (2) copies of the endorsed amended complaint filed March 27, 2006.

4. Plaintiff need not attempt service on defendant and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 13, 2007**              /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE