IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON, | 1:05-cv-00700-LJO-SMS PC |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO FILE |
| vs. | ANSWER OR RESPONSIVE MOTION |
| JEANNE WOODFORD, et al., | (DOCUMENT #20) |
| Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

On October 10, 2007, defendant Mata filed a motion to extend time to file an answer or a responsive motion.[1]  Defendant's motion is HEREBY GRANTED and defendant has **thirty (30) days** from the date of service of this order within which to file an answer or a motion.

IT IS SO ORDERED.

**Dated:   October 25, 2007**              /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel's representation that plaintiff is incarcerated is incorrect.  Counsel is cautioned to avoid this misstatement in future filings.