1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


JACK ALLEN WILSON,                               1:05-cv-00700-LJO-SMS (PC)

      Plaintiff,                           ORDER GRANTING PLAINTIFF FORTY-
                                                 FIVE DAYS WITHIN WHICH TO FILE
    vs.                                      AN OBJECTION

MATA,                                            (DOCUMENT #27)

      Defendant.
_____/

      On May 21, 2008, Plaintiff filed a motion for a ninety-day extension of time to file an Objection to the Finding and Recommendation filed on May 2, 2008.  The basis for Plaintiff's request is health issues.

      Plaintiff will be granted a forty-five extension of time.  The issue addressed in the Finding and Recommendation is not complex: Plaintiff either did or did not satisfy the exhaustion requirement in 42 U.S.C. § 1997e(a) by filing an inmate appeal grieving the event that gives rise to the one claim at issue in this action.  The parties have already addressed the issue via motion and opposition, and the Court has made its recommendation that the motion to dismiss for failure to exhaust be granted.  The Court acknowledges the seriousness of Plaintiff's health issues and ongoing medical treatment.  However, the Court is not persuaded by Plaintiff's bare request for an extension of time that reviewing the Finding and Recommendation and drafting an Objection of its contents for Judge O'Neill to consider on this narrow issue require three months.

Accordingly, Plaintiff is HEREBY GRANTED **forty-five (45) days** from the date of service of this order within in which to file an Objection.

IT IS SO ORDERED.

**Dated:    May 22, 2008**                              /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE