# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON, | CASE NO. 1:05-cv-00700-LJO-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST |
| v. | |
| JEANNE WOODFORD, et al., | |
| Defendants. | (Docs. 23 and 26) |

Plaintiff Jack Allen Wilson ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On May 2, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. After obtaining an extension of time, Plaintiff filed an Objection on June 10, 2008.

In his Objection, Plaintiff asserts for the first time that he filed a third inmate appeal on April 25, 2005, which grieved Defendant's retaliatory conduct. Plaintiff contends that the appeal did not receive a response from prison officials.

Plaintiff filed an opposition to Defendant's motion to dismiss and made no mention of this appeal. A new theory cannot properly be raised in objections to Findings and Recommendations. Greenhow v. Secretary of HHS, 863 F.2d 633, 638-39 (9th Cir. 1988), *overruled on other grounds by* United States v. Hardesty, 977 F.2d 1347 (9th Cir.1992). Factual assertions that which could

1

1  have been but were not presented to the Magistrate Judge should be given no consideration when
2  the Court is deciding whether to adopt Findings and Recommendations. <u>Sundaram v. County of</u>
3  <u>Santa Barbara</u>, 2001 WL 540515, *1 (C.D.Cal. 2001); <u>Beam System, Inc. v. Checkpoint Systems,</u>
4  <u>Inc.</u>, 1997 WL 423113, *9 n.9 (C.D.Cal. 1997). "[A]llowing parties to litigate fully their case before
5  the magistrate and, if unsuccessful, to change their strategy and present a different theory to the
6  district court would frustrate the purpose of the Magistrates Act." <u>Greenhow</u>, 863 F.2d at 638.
7  Therefore, Plaintiff's new argument and evidence will not be considered.

8      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a
9  <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings
10 and Recommendations to be supported by the record and by proper analysis. Accordingly, IT IS
11 HEREBY ORDERED that:

12     1.    The Findings and Recommendations, filed May 2, 2008, is adopted in full;
13     2.    Defendant's motion to dismiss for failure to exhaust, filed November 29, 2007, is
14         GRANTED; and
15     3.    This action is dismissed, without prejudice.

17 IT IS SO ORDERED.
18 **Dated:   July 7, 2008**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE