# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>             Plaintiff,<br><br>      v.<br><br>MATA,<br><br>             Defendant.<br>_____/ | CASE NO. 1:05-cv-00700-LJO-SMS PC<br><br>ORDER REQUIRING DEFENDANT TO FILE EITHER ANSWER OR NOTICE OF SUGGESTION OF PLAINTIFF'S DEATH ON THE RECORD WITHIN THIRTY DAYS<br><br>(Docs. 34 and 35) |

   This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Jack Allen Wilson, a former state prisoner proceeding pro se and in forma pauperis. On October 7, 2009, the United States Court of Appeals for the Ninth Circuit reversed the order and judgment of this Court finding that Plaintiff failed to exhaust and dismissing the action. Mandate issued on October 29, 2009.

   Accordingly, within **thirty (30) days** from the date of service of this order, Defendant Mata is HEREBY ORDERED to file either an answer to Plaintiff's amended complaint, Fed. R. Civ. P. 12(a), or a notice of suggestion of Plaintiff's death on the record, Fed. R. Civ. P. 25(a)(1).[1]

IT IS SO ORDERED.

**Dated:**   **November 5, 2009**          /s/ Sandra M. Snyder
                               UNITED STATES MAGISTRATE JUDGE

---

[1] The Court takes judicial notice that a notice of suggestion of Plaintiff's death on the record was filed in case number 1:06-cv-01393-JMR *Wilson v. Alamieda, et al.* The parties are reminded that non-party successors or representatives of the deceased party must be served the suggestion of death in the manner provided by Rule 4 for the service of a summons. Fed. R. Civ. P. 25(a)(3); *Barlow v. Ground*, 39 F.3d 231, 232-234 (9th Cir. 1994).

1