# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ALLEN WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MATA,<br><br>    Defendant. | CASE NO. 1:05-cv-00700-LJO-SMS PC<br><br>ORDER REQUIRING DEFENDANT TO SUPPLEMENT THE STATEMENT OF PLAINTIFF'S DEATH UPON THE RECORD WITH EVIDENCE OF PROPER SERVICE WITHIN TWENTY DAYS<br><br>(Doc. 37) |

      This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Jack Allen Wilson, a former state prisoner proceeding pro se and in forma pauperis. On October 7, 2009, the United States Court of Appeals for the Ninth Circuit reversed the order and judgment of this Court finding that Plaintiff failed to exhaust and dismissing the action, and mandate issued on October 29, 2009. On November 5, 2009, the Court issued an order requiring Defendant Mata to file either an answer to Plaintiff's amended complaint, Fed. R. Civ. P. 12(a), or a notice of suggestion of Plaintiff's death on the record, Fed. R. Civ. P. 25(a)(1).[1]

      Defendant filed a statement of Plaintiff's death on November 12, 2009, and represents in the notice that service in compliance with Federal Rules of Civil Procedure 4 and 25(a)(1) was made on Plaintiff's father. However, Defendant's brief notice is not accompanied by any supporting evidence.

///

---

[1] Judicial notice was taken of the fact that a notice of suggestion of Plaintiff's death on the record was filed in case number 1:06-cv-01393-JMR *Wilson v. Alamieda, et al.*

1

Defendant is HEREBY ORDERED to supplement his notice with evidence of proper service within **twenty (20) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:**   November 13, 2009              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE